

# In the Missouri Court of Appeals
## Eastern District

JUNE 30, 2016

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.      ED103286    EARL CHANCE PITT, APP V STATE OF MISSOURI, RES

2.      ED103310 IN THE INTEREST OF:  C.D.R.

3.      ED103388 IN MATTER OF THE CARE & TREATMENT OF  KERRY BROWN

**CORRECTION(S):**

1.      ED101640 STATE OF MISSOURI, RES V JASON R. SHELL, APP